(133 So. 926)

### Frank RUSSO, alias, etc., v. STATE.
1 Div. 943.

Court of Appeals of Alabama.
April 14, 1931.

Luther W. Maples, of Gulfport, Miss., for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

Affirmed on authority of T. Williams v. State, ante, p. 225, 133 So. 736; Williams v. State, 222 Ala. 584, 133 So. 737.